3:07-CV-330 BMM

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
NOV - 7 2007
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: KLO DEPUTY

Bart Barringer CSB #131756
LAW OFFICES OF MAYOL & BARRINGER
P.O. Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555
Facsimile: (209) 544-9875

Attorneys for Plaintiffs,
Enrico Morelli and Paul Morelli

Law Offices of
Mayol & Barringer
1324 "J" Street Modesto, CA 95354
P.O. Box 3049 Modesto, CA 95353
(209) 544-9555 Fax (209) 544-9875

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ENRICO MORELLI AND PAUL MORELLI,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLOTTE MORELLI, VICKI PLUMMER, THE PLUMWOOD TRUST, THE PIA FAMILY TRUST A , THE PIA FAMILY TRUST B, THE PIA FAMILY TRUST, THE CM TRUST, THE BAY CITIES PROPERTY TRUST, BAY CITIES PROPERTIES, INC., THE BECARIS TRUST, and all persons unknown claiming any legal, or equitable right, title, estate lien or interest in the property described herein adverse to Plaintiffs' title or any cloud thereon, and DOES 1-50, inclusive,<br>Defendants | Case No. 1:05-CV- 01068-AWI-DLB<br><br>STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE TO THE DISTRICT OF NEVADA |

Plaintiffs Enrico and Paul Morelli (the Morelli Brothers), Defendant Charlotte Morelli, Defendant Vicki Plummer, and Chapter 7 Trustee Anabelle Savage stipulate and submit this proposed order to transfer venue to the District of Nevada pursuant to 28 U.S.C. §§ 1404(a) and 1412 for the convenience of the parties as discussed below.

The Morelli brothers filed the original complaint on August 22, 2005, and their first amended complaint on April 10, 2006 (Ct. Dkt. #s 1, 35). The Morelli brothers invoked the Court's diversity jurisdiction to bring state law claims against Charlotte Morelli, Vicki Plummer, the Plumwood Trust, the Pia Family Trust A, the Pia Family Trust B, the Pia Family Trust, the CM Trust, the Bay Cities Properties Trust, Bay Cities Properties, Inc., and the Becaris Trust (Ct. Dkt. #35). The Court subsequently received answers from Charlotte Morelli, individually and as trustee for the Pia Family Trust A & B and the Becaris Trust, and as chief executive officer of Bay Cities Properties, Inc. (Ct. Dkt. #s 39, 41-43), and from Vicki Plummer, individually and as trustee for the Plumwood Trust (Ct. Dkt. #45).

On May 5, 2006, Mrs. Morelli, a resident of Gardnerville, Nevada, filed for bankruptcy under Chapter 13 in the U.S. Bankruptcy Court for the District of Nevada. *In re Morelli*, Case No. 06-50272-GWZ (Bankr. D. Nev., Ct. Dkt. #1). On June 5, 2006, Mrs. Morelli filed a notice of removal with the bankruptcy court to remove this action pursuant to 28 U.S.C. § 1452(a). *In re Morelli* (Ct. Dkt. #16). On June 8, 2006, Mrs. Morelli also filed a notice of removal with this court (Ct. Dkt. #47). The U.S. Bankruptcy Court for the District of Nevada assigned this matter a case number as an adversary proceeding. *Morelli v. Morelli*, Case No. A.P. 06-5061-GWZ. On July 28, 2006, the U.S. Bankruptcy Court converted Mrs. Morelli's bankruptcy to Chapter 7, and Anabelle Savage was appointed trustee. *In re Morelli* (Ct. Dkt. #56).

The parties agree that the U.S. Bankruptcy Court for the District of Nevada has jurisdiction to hear this diversity action, but they are uncertain whether this case was properly removed to the bankruptcy court. Therefore, the parties hereby stipulate and consent to an order transferring venue to the District of Nevada pursuant to 28 U.S.C. §§ 1404(a) and 1412 for the convenience of the parties. This

matter will be automatically referred to the bankruptcy court pursuant to Rule 1001(b)(1) of the District of Nevada Local Rules, Part IIA.

DATED: October ____, 2006

LAW OFFICES OF
MAYOL & BARRINGER

By: ____________________
BART BARRINGER
California State Bar #131756
P.O. Box 3049
Modesto, CA 95353

Attorney for Plaintiffs
Enrico and Paul Morelli

DATED: ~~October~~ January 17, 200~~6~~7 MCN

MICHAEL C. NORMOYLE, ESQ.

By: [signature]
MICHAEL C. NORMOYLE
California State Bar #100039
814 14th St., Ste. A
Modesto, CA 95354

Attorney for Defendants
Charlotte Morelli, individually and as Trustee, Pia Family Trust A & B
Trustee, Becaris Trust
CEO, Bay Cities Properties, Inc.

DATED: October ____, 2006

DANIEL S. CORDER, LTD.

By: ____________________
DANIEL S. CORDER
Nevada State Bar #2215
147 E. LibertY St., Ste. 3
Reno, NV 89501

Attorney for Chapter 7
Trustee Anabelle Savage

DATED: October ____, 2006

VICKI PLUMMER

By: ____________________
VICKI PLUMMER
Pro Se

For herself individually and as Trustee, Plumwood Trust

IT IS SO ORDERED.

United States Magistrate Judge

DATED: ____________________

matter will be automatically referred to the bankruptcy court pursuant to Rule 1001(b)(1) of the District of Nevada Local Rules, Part IIIA.

DATED: October January 25, 2007

LAW OFFICES OF
MAYOL & BARRINGER

By: [signature]
BART BARRINGER
California State Bar #131756
P.O. Box 3049
Modesto, CA 95353

Attorney for Plaintiffs
Enrico and Paul Morelli

DATED: October ____, 2006

MICHAEL C. NORMOYLE, ESQ.

By: ____________________
MICHAEL C. NORMOYLE
California State Bar #100039
814 14th St., Ste. A
Modesto, CA 95354

Attorney for Defendants
Charlotte Morelli, individually and as Trustee, Pia Family Trust A & B Trustee, Becaris Trust
CEO, Bay Cities Properties, Inc.

DATED: October January 25, 2007

DANIEL S. CORDER, LTD.

By: [signature]
DANIEL S. CORDER
Nevada State Bar #2215
147 E. Liberty St., Ste. 3
Reno, NV 89501

Attorney for Chapter 7
Trustee Anabelle Savage

DATED: October ____, 2006

VICKI PLUMMER

By: [signature]
VICKI PLUMMER
Pro Se

For herself individually and as
Trustee, Plumwood Trust

IT IS SO ORDERED.

[signature]

United States [redacted] Judge

DATED: 11-7-07

# United States District Court
# District of Nevada (Reno)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00330-BES-VPC
# Internal Use Only

Morelli et al v. Morelli et al
Assigned to: Judge Brian E. Sandoval
Referred to: Magistrate Judge Valerie P. Cooke
Case in other court: U.S. District Court for the Eastern District of CA, 1:05-cv-01068-LJO-
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 07/23/2007
Jury Demand: Both
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**Enrico Morelli** represented by **William Bart Barringer**
Law Office of Mayol & Barringer

PO Box 3049
Modesto, CA 95353
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Morelli** represented by **William Bart Barringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charlotte Morelli** represented by **Michael Cramer Normoyle**
814 14tg Street, Ste A
Modesto, CA 95354
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vicki Plummer** represented by **Vicki Plummer**
PO Box 6327
Gardnerville, NV 89460

PRO SE

**Defendant**

**The Pia Family Trust A** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Pia Family Trust B** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The JA Family Trust**

**Defendant**

**The CM Trust** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Bay Cities Property Trust** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The R&P Vending Services Trust**

**Defendant**

**Modesto Motor Cars, Inc.**

**Defendant**

**Bay Citiies Properties, Inc.** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Plumwood Trust** represented by **The Plumwood Trust**
PO Box 6327
Gardnerville, NV 89460
PRO SE

**Defendant**

**The Donatore Foundation**

**Defendant**

**San Jose Mexican Restaurant Inc.**

**Defendant**

**The MFT Trust**

**Defendant**

**The R&P Sales and Service Trust**

**Defendant**

**The Becaris Trust** represented by **Michael Cramer Normoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Sirloin, Inc.**

**Defendant**

**The Aspen Trust**

**Defendant**

**The Retinbah Trust**

**Defendant**

**Western Boat Sales, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2007 | 58 | Case transferred in from District of Eastern District of California; Case Number 1:05-cv-01068-LJO-DLB. Clerk's Cover Letter, Order to Transfer Action, and docket sheet received - Case documents accessible via PACER - CM/ECF. |

| | | |
|---|---|---|
| | | Certificate of Interested Parties due by 8/2/2007. (Attachments: # 1 Order to Transfer Action # 2 Docket Sheet Eastern District of California)(DRM) (Entered: 07/24/2007) |
| 07/24/2007 | | Case assigned to Judge Brian E. Sandoval and Valerie P. Cooke. (BLG) (Entered: 07/24/2007) |
| 10/04/2007 | | (Court only) ***Staff notes: Received telephone call from office of Michael Cramer Normoyle wondering why case was opened in USDC. They were under impression that case was to be transferred to US **Bankruptcy** Court, District of Nevada according to stipulation filed in USDC, Eastern District of CA. They indicated they will start the process of filing the appropriate paperwork to correct and clarify, since the order received from Eastern District of CA clearly states the matter is transferred to the United States **District** Court of Nevada. (JC) (Entered: 10/04/2007) |
| 10/17/2007 | | (Court only) ***Staff notes: Copies of our dkt sheet and copy of order transferring EDistCA case to USDC, Dist of Nv and the unsigned stip requesting transfer of EDistCA case to the USBC, Dist of NV, along with e-mail explaining that the parties want this case transfer to the USBC, Dist of NV. (WJ) (Entered: 10/17/2007) |
| 11/07/2007 | 59 | ORDER on Stipulation to Transfer Venue to the District of Nevada. Signed by Judge Brian E. Sandoval on 11/7/2007. (Copies have been distributed pursuant to the NEF - DRM) (Entered: 11/08/2007) |
| 11/08/2007 | | (Court only) ***Staff notes: Docket Sheet and all documents on file in the case mailed to BK Clerk on 11/8/2007. (DRM) (Entered: 11/08/2007) |

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

3:07-cv-00330

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

JUL 2 3
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

District of Nevada
Bruce R. Thompson United States Courthouse and Federal Building
400 South Virginia Street
Reno, NV 89501

**RE:** **ENRICO MORELLI vs. CHARLOTTE MORELLI**
**USDC No.:** **1:05-CV-01068-LJO-DLB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 18, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 56.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**July 19, 2007** /s/ **A. Gil-Garcia**

Deputy Clerk

RECEIVED BY: DANIEL MORGAN

Please Print Name

DATE RECEIVED: July 23 2007

NEW CASE NUMBER: 3:07-cv-00330

3:07-cv-00330

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ENRICO MORELLI, et al.,

Plaintiffs,

vs.

CHARLOTTE MORELLI, et al.,

Defendants.
_______________________________/

CASE NO. CV F 05-1068 LJO DLB

**ORDER TO TRANSFER ACTION**

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the District of Nevada, Reno Division. This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the District of Nevada, Reno Division; and
2. VACATES all pending dates before this Court, including the August 3, 2007 pretrial conference and September 25, 2007 trial.

IT IS SO ORDERED.

**Dated: July 18, 2007**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

**I hereby attest and certify on 7/19/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.**
**VICTORIA C. MINOR**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**By** [signature] **Deputy**

3:07-cv-00330

CIVIL, CLOSED

**U.S. District Court**
**Eastern District of California - Live System (Fresno)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-01068-LJO-DLB**
**Internal Use Only**

Morelli et al v. Morelli et al
Assigned to: District Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Dennis L. Beck
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 08/22/2005
Date Terminated: 07/19/2007
Jury Demand: Both
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Enrico Morelli**

represented by **William Bart Barringer**
Law Office of Mayol & Barringer
P.O. Box 3049
Modesto, CA 95353
209-544-9555
Fax: 209-544-9875
Email: bbarringer@mblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 7/19/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By [signature] Deputy

**Plaintiff**

**Paul Morelli**

represented by **William Bart Barringer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charlotte Morelli**

represented by **Michael Cramer Normoyle**
Michael C. Normoyle, Esq.
814 14th Street, Suite A
Modesto, CA 95354
(209) 521-6453
Fax: (209) 578-3607
Email: mcnormoyle@bigvalley.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vicki Plummer**

represented by **Vicki Plummer**
P. O. Box 6327
Gardnerville, NV 89460
PRO SE

| | | |
|---|---|---|
| **Defendant** | | |
| **The Pia Family Trust A** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The Pia Family Trust B** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The Pia Family Trust** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The JA Family Trust** | | |
| **Defendant** | | |
| **The CM Trust** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The Bay Cities Property Trust** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The R&P Vending Services Trust** | | |
| **Defendant** | | |
| **Modesto Motor Cars, Inc.** | | |
| **Defendant** | | |
| **Bay Cities Properties, Inc.** | represented by | **Michael Cramer Normoyle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **The Plumwood Trust** | represented by | **The Plumwood Trust**<br>P. O. Box 6327<br>Gardnerville, NV 89460<br>PRO SE |
| **Defendant** | | |
| **The Donatore Foundation** | | |
| **Defendant** | | |

**San Jose Mexican Restaurant Inc.**

**Defendant**

**The MFT Trust**

**Defendant**

**The R&P Sales and Service Trust**

**Defendant**

**The Becaris Trust** represented by **Michael Cramer Normoyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Sirloin, Inc.**

**Defendant**

**The Aspen Trust**

**Defendant**

**The Retinbah Trust**

**Defendant**

**Western Boat Sales, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | | RECEIPT number 100 202148 for $250.00 for Civil Filing Fee from Bart Barringer. (Hinman, W) (Entered: 08/23/2005) |
| 08/22/2005 | 1 | COMPLAINT against The Pia Family Trust, The JA Family Trust, The CM Trust, The Bay Cities Property Trust, The R&P Vending Services Trust, Modesto Motor Cars, Inc., Bay Cities Properties, Inc., The Plumwood Trust, The Donatore Foundation, San Jose Mexican Restaurant Inc., The MFT Trust, The R&P Sales and Service Trust, The Becaris Trust, The Sirloin, Inc., The Aspen Trust, The Retinbah Trust, Charlotte Morelli, Vicki Plummer, The Pia Family Trust A, The Pia Family Trust B, filed by Enrico Morelli, Paul Morelli. (Attachments: # 1 Civil Cover Sheet)(Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 2 | SUMMONS ISSUED as to *Bay Cities Properties, Inc.* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 3 | SUMMONS ISSUED as to *Modesto Motor Cars, Inc.* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| | | |

| | | |
|---|---|---|
| 08/23/2005 | 4 | SUMMONS ISSUED as to *Charlotte Morelli* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 5 | SUMMONS ISSUED as to *Vicki Plummer* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 6 | SUMMONS ISSUED as to *San Jose Mexican Restaurant Inc.* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 7 | SUMMONS ISSUED as to *The Aspen Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Boc 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 8 | SUMMONS ISSUED as to *The Bay Cities Property Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 9 | SUMMONS ISSUED as to *The Becaris Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 10 | SUMMONS ISSUED as to *The CM Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 11 | SUMMONS ISSUED as to *The Donatore Foundation* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 12 | SUMMONS ISSUED as to *The JA Family Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 13 | SUMMONS ISSUED as to *The MFT Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 14 | SUMMONS ISSUED as to *The Pia Family Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. |

| | | |
|---|---|---|
| | | (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 15 | SUMMONS ISSUED as to *The Pia Family Trust A* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 16 | SUMMONS ISSUED as to *The Pia Family Trust B* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 17 | SUMMONS ISSUED as to *The R&P Sales and Service Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 18 | SUMMONS ISSUED as to *The R&P Vending Services Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 19 | SUMMONS ISSUED as to *The Retinbah Trust* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 20 | SUMMONS ISSUED as to *The Sirloin, Inc.* with answer to complaint due within *20* days. Attorney *Law Office of Mayol & Barringer* *W. Bart Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | 21 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 12/13/2005 at 08:30 AM in Courtroom 5 (DLB) before Magistrate Judge Dennis L. Beck. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Hinman, W) (Entered: 08/23/2005) |
| 08/23/2005 | | SERVICE BY MAIL: 1 Complaint,,, 10 Summons, 2 Summons, 11 Summons, 3 Summons, 20 Summons, 12 Summons, 4 Summons, 21 Civil New Case Documents for AWI, 13 Summons, 14 Summons, 5 Summons, 6 Summons, 15 Summons, 7 Summons, 16 Summons, 8 Summons, 17 Summons, 9 Summons, 18 Summons, 19 Summons served on William Bart Barringer (Hinman, W) (Entered: 08/23/2005) |
| 08/29/2005 | 22 | NOTICE OF NONCOMPLIANCE WITH ELECTRONIC FILING REQUIREMENT - attorney William Bart Barringer is directed to register for ECF. (Hutcheson, C) (Entered: 08/29/2005) |
| 08/29/2005 | | SERVICE BY MAIL: 22 Notice of Noncompliance served on William Bart Barringer. (Hutcheson, C) (Entered: 08/29/2005) |
| 09/09/2005 | 23 | SUMMONS ISSUED as to *Western Boat Sales, Inc.* with answer to complaint due within *20* days. Attorney *William Bart Barringer* *Law Office of Mayol & Barringer* *P.O. Box 3049* *Modesto CA |

| | | |
|---|---|---|
| | | 95353*. (Hinman, W) (Entered: 09/09/2005) |
| 09/09/2005 | 24 | SUMMONS ISSUED as to *The Plumwood Trust* with answer to complaint due within *20* days. Attorney *William Bart Barringer* *Law Office of Mayol & Barringer* *P.O. Box 3049* *Modesto CA 95353*. (Hinman, W) (Entered: 09/09/2005) |
| 09/13/2005 | 25 | CERTIFICATE of SERVICE by Enrico Morelli *and Paul Morelli* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21)(Barringer, William) (Entered: 09/13/2005) |
| 09/13/2005 | 26 | NOTICE of LIS PENDENS by Enrico Morelli, Paul Morelli (Barringer, William) (Entered: 09/13/2005) |
| 09/13/2005 | 27 | NOTICE of LIS PENDENS by Enrico Morelli, Paul Morelli (Barringer, William) (Entered: 09/13/2005) |
| 09/13/2005 | 28 | ANSWER to COMPLAINT by The Pia Family Trust, The Bay Cities Property Trust, The Becaris Trust, Charlotte Morelli, The Pia Family Trust A.(Balli, R) (Entered: 09/14/2005) |
| 09/13/2005 | 29 | ANSWER to COMPLAINT by The Plumwood Trust, Vicki Plummer. (Balli, R) (Entered: 09/14/2005) |
| 10/25/2005 | 30 | NOTICE by all plaintiffs *OF WITHDRAWAL OF NOTICE OF PENDENCY OF ACTION* (Barringer, William) (Entered: 10/25/2005) |
| 12/01/2005 | 32 | ORDER continuing mandatory scheduling conference from December 13, 2005 to January 11, 2006 at 8:30 am before Magistrate Judge Beck. signed by Judge Dennis L. Beck on 12/1/2005. (Hernandez, M) (Entered: 12/05/2005) |
| 12/02/2005 | 31 | STIPULATION and PROPOSED ORDER Stipulation and Order by Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 12/02/2005) |
| 01/04/2006 | 33 | STATEMENT of Scheduling Conference Statement by Plaintiffs Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 01/04/2006) |
| 01/11/2006 | 34 | MINUTES (TEXT ENTRY ONLY) for proceedings held before Judge Dennis L. Beck : SCHEDULING CONFERENCE held on 1/11/2006. Matter continued to 4/19/2006 at 8:30 am before Magistrate Judge Beck. Plaintiffs Counsel B Barringer by telephone. Defendants Counsel M Normoyle by telephone, Victoria Plummer telephone. Court Reporter/CD Number: In Chamber. (Hernandez, M) (Entered: 01/12/2006) |
| 04/10/2006 | 35 | AMENDED DOCUMENT by Enrico Morelli, Paul Morelli. *FIRST AMENDED COMPLAINT*. (Barringer, William) (Entered: 04/10/2006) |
| 04/12/2006 | 36 | SCHEDULING REPORT by Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 04/12/2006) |
| 04/19/2006 | 37 | MINUTES (TEXT ENTRY ONLY) for proceedings held before Judge Dennis L. Beck : SCHEDULING CONFERENCE held on 4/19/2006, Court to Issue Order. Court Reporter/CD Number: In Chambers. |

| | | |
|---|---|---|
| | | (Hernandez, M) (Entered: 04/19/2006) |
| 04/26/2006 | 38 | SCHEDULING ORDER: Discovery Deadlines; Initial Disclosures 5/15/2006, Non Expert 9/15/2006, Expert 10/27/2006, Non-Dispositive Motions due by 11/3/2006, Hearing 12/1/2006, Dispositive Motion due by 11/3/2006, Hearing 12/8/2006, Settlement Conference set for 6/14/2006 at 01:30 PM in Courtroom 8 (LJO) before Magistrate Judge Lawrence J. O'Neill, Pretrial Conference set for 1/17/2007 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck, Jury Trial set for 3/13/2007 at 09:00 AM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. signed by Judge Dennis L. Beck on 4/26/2006. (Hernandez, M) (Entered: 04/27/2006) |
| 05/01/2006 | 39 | AMENDED ANSWER to *First Amended Complaint* by Charlotte Morelli. (Normoyle, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 40 | MINUTE ORDER: (TEXT ENTRY ONLY) The Jury Trial set for 3/13/2007 HAS BEEN RESET to 3/20/2007 at 09:00 AM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck, The Pretrial Conference set for 1/17/2007 HAS BEEN RESET to 1/19/2007 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. (Hernandez, M) (Entered: 05/01/2006) |
| 05/01/2006 | 41 | AMENDED ANSWER to *First Amended Complaint* by The CM Trust, The Bay Cities Property Trust, The Becaris Trust. (Normoyle, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 42 | AMENDED ANSWER to *First Amended Complaint* by Bay Cities Properties, Inc.. (Normoyle, Michael) (Entered: 05/01/2006) |
| 05/01/2006 | 43 | AMENDED ANSWER to *First Amended Complaint* by The Pia Family Trust, The Pia Family Trust A, The Pia Family Trust B. (Normoyle, Michael) (Entered: 05/01/2006) |
| 05/02/2006 | 45 | ANSWER to 35 FIRST AMENDED COMPLAINT by The Plumwood Trust, Vicki Plummer.(Carter-Ford, R) (Entered: 05/03/2006) |
| 05/03/2006 | 44 | CLERK'S NOTICE of DOCKET CORRECTION to Michael Normoyle re 39 Amended Answer to First Amended Complaint, 41 Amended Answer to First Amended Complaint, 42 Amended Answer to First Amended Complaint, 43 Amended Answer to First Amended Complaint: Your document is not signed. Your signature on an electronically filed document is indicated by/s/ First Name-Last Name. Please include this text on the signature line of all future filings(Local Rule 7-131c). (Hellings, J) (Entered: 05/03/2006) |
| 06/08/2006 | 46 | NOTICE of FILING BANKRUPTCY Upon the Record as to Charlotte Morelli, Individually by Charlotte Morelli (Attachments: # 1 Exhibit A) (Normoyle, Michael) (Entered: 06/08/2006) |
| 06/08/2006 | 47 | NOTICE by Charlotte Morelli *Notice of Filing Notice of Removal* (Attachments: # 1 Exhibit A)(Normoyle, Michael) (Entered: 06/08/2006) |
| 06/09/2006 | 48 | MINUTE ORDER: (TEXT ONLY) Settlement Conference currently set |

| | | |
|---|---|---|
| | | for June 14, 2006 before Judge O'Neill has been VACATED due to bankruptcy issues that need to be resolved. Counsel are encouraged to contact the court at (559)499-5682 to reschedule the settlement conference at a later date. (Lira, I) (Entered: 06/09/2006) |
| 06/09/2006 | | SERVICE BY MAIL: [48] Minute Order served on Vicki Plummer, The Plumwood Trust (Lira, I) (Entered: 06/09/2006) |
| 01/09/2007 | 49 | MINUTE ORDER: (TEXT ENTRY ONLY) Pursuant to agreement by all parties. The Jury Trial has been RESET for 9/25/2007 at 09:00 AM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. Pretrial Conference has been RESET for 8/3/2007 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. (Hernandez, M) (Entered: 01/09/2007) |
| 02/24/2007 | 50 | ORDER by Chief Judge David F. Levi; Due to the recent appointment of Judge Lawrence J. O'Neill to the position of U.S. District Judge, this action is REASSIGNED from Judge Anthony W. Ishii to Judge Lawrence J. O'Neill for all further proceedings. (Rooney, M) (Entered: 02/24/2007) |
| 02/24/2007 | | SERVICE BY MAIL: 50 Order Reassigning Judge served on Vicki Plummer and on The Plumwood Trust. (Rooney, M) (Entered: 02/24/2007) |
| 02/27/2007 | 51 | MAGISTRATE JUDGE CONSENT ORDER signed by Judge Lawrence J. O'Neill on 2/26/07 ORDERING the parties' counsel, to complete and file the consent form to confirm whether they consent to the conduct of all further proceedings by a United States Magistrate Judge. Filing due by 3/5/2007. (Carter-Ford, R) (Entered: 02/27/2007) |
| 02/27/2007 | | SERVICE BY MAIL: 51 Order served on Vicki Plummer, The Plumwood Trust (Carter-Ford, R) (Entered: 02/27/2007) |
| 02/28/2007 | 52 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 02/28/2007) |
| 03/01/2007 | 53 | STIPULATION and PROPOSED ORDER by Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 03/01/2007) |
| 03/01/2007 | 54 | STIPULATION and PROPOSED ORDER by Enrico Morelli, Paul Morelli. (Barringer, William) (Entered: 03/01/2007) |
| 03/30/2007 | 55 | CLERK'S NOTICE re 54 Stipulation and Proposed Order, 53 Stipulation and Proposed Order, lodged on 3/1/2007: Local Rule 5-137(b) requires that you email the proposed order in word processing format to the appropriateJudge. Please refer to "E-Mail Addresses for Proposed Orders" on our website (please disregard if you have emailed your document to the judge). (Hutcheson, C) (Entered: 03/30/2007) |
| 07/19/2007 | 56 | ORDER to TRANSFER ACTION, CASE TRANSFERRED to District of Nevada, Reno Division. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED signed by Judge Lawrence J. O'Neill on 7/18/07. (Gil-Garcia, A) (Entered: 07/19/2007) |

| | | |
|---|---|---|
| 07/19/2007 | 57 | TRANSMITTAL of DOCUMENTS re 56 Order, Case Transferred Out to Another District on *7/18/2007* to * District of Nevada* *Bruce R. Thompson United States Courthouse and Federal Building* *400 South Virginia Street* *Reno, NV 89501*. *Electronic Documents: 1 to 56. *. (Gil-Garcia, A) (Entered: 07/19/2007) |
| 07/19/2007 | | SERVICE BY MAIL: 57 Transmittal, 56 Order, Case Transferred Out to Another District served on Vicki Plummer, The Plumwood Trust (Gil-Garcia, A) (Entered: 07/19/2007) |